UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIN WATTS, | No. 2:17-cv-0852 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On January 18, 2019, this action was referred to the Post-Screening ADR Project and stayed for 120 days. (ECF No. 29.) On March 25, 2019, a settlement conference was held in this action. (ECF No. 37.) The case did not settle.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this action is lifted; and

2. Within thirty days of the date of this order defendants shall file a responsive pleading.

Dated: April 1, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/watt0852.postADR

1