UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLIN WATTS, | No. 2:17-cv-0852 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff claims defendants violated his rights under the Eighth Amendment.

On June 27, 2019, defendants filed a motion for summary judgment concurrently with their motion for a protective order. (ECF No. 43.) Defendants Cortez, Vicino, and Easterling argue they are entitled to summary judgment because plaintiff has not properly exhausted administrative remedies. Defendants Cortez, Vicino, and Easterling seek a protective order pursuant to Federal Rule of Civil Procedure 26(c) staying all discovery related to plaintiff's excessive force claim. (ECF No. 44-1 at 6.) Plaintiff has not filed an opposition, a statement of non-opposition, or otherwise indicated his position on this issue. Accordingly, the court will direct plaintiff to respond to defendants' motion.

////

1

IT IS HEREBY ORDERED that within twenty-one days of the date of this order plaintiff shall file an opposition or statement of non-opposition to defendants' motion for a protective order (ECF No. 44).  Failure to comply with this order will result in a recommendation that this action be dismissed for failure to comply with court orders and failure to prosecute.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated:  August 20, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/watt0852.resp